UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin Hern</u>

     v.         Case No. 10-cv-295-PB

<u>US Social Security Administration,</u>
<u>Commissioner</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 15, 2011, denying the motion to affirm and granting the motion to reverse to the extent that the case is remanded for further ALJ proceedings, no objection having been filed.

 SO ORDERED.


May  7, 2011        <u>/s/ Paul Barbadoro</u>
            Paul Barbadoro
            United States District Judge


cc: Counsel of Record